UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO BRADLEY, | CASE NO. C20-1068 MJP |
| Plaintiff, | ORDER ON MOTION TO APPOINT COUNSEL |
| v. | |
| DEPARTMENT OF EXECUTIVE SERVICES, | |
| Defendant. | |

Mr. Bradley, currently appearing *pro se*, has requested that this Court appoint counsel to represent him in his lawsuit.  Dkt. No. 8.

28 U.S.C. § 1915(e)(1) permits the court, in its discretion, to request an attorney to represent any person unable to afford counsel.  Having been granted leave to proceed *in forma pauperis*, the court has no question about Mr. Bradley's ability to afford to retain his own attorney.

However, "[a] motion for appointment of counsel under 28 U.S.C. § 1915 is addressed to the sound discretion of the trial court and is granted only in exceptional circumstances."

ORDER ON MOTION TO APPOINT COUNSEL - 1

1  Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984)(*citing* United States v. McQuade, 647 F.2d 938, 940 (9th Cir. 1981)).  The finding of "exceptional circumstances" requires the court to evaluate the likelihood of success on the merits of Plaintiff's claim.

In fact, on July 13, 2020, the Court found Plaintiff's complaint deficient for its vagueness and failure to allege facts demonstrating that the defendants personally participated in causing constitutional harm to him.  Dkt. No. 6 at 2.  Mr. Bradley was given 30 days to file an amended complaint addressing those deficiencies, and to date no new complaint has been filed.

The Court is unable to find at this time that Plaintiff has a likelihood of success on the merits of his complaint, and therefore

IT IS ORDERED that the motion to appoint counsel is DENIED.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated July 22, 2020.

Marsha J. Pechman
United States Senior District Judge