UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO BRADLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF EXECUTIVE SERVICES,<br><br>               Defendant. | CASE NO. C20-1068 MJP<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on Plaintiff's supplemental documents filed in support of his initial complaint. Dkt. Nos. 10, 13. On July 22, 2020, the Court reviewed Plaintiff's *in forma pauperis* complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and found that Plaintiff had failed to state a claim upon which relief could be granted. (*See generally* Dkt. No. 6.) Specifically, the Court found that Plaintiff had failed to state viable claims because "Plaintiff does not specifically allege in his complaint that the individual defendants violated any of his federal constitutional rights nor does he set forth any specific facts demonstrating that the

ORDER OF DISMISSAL - 1

individual defendants personally participated in causing him any harm of constitutional dimension." Id. at 2. The Court ordered Plaintiff to file an amended complaint curing the defects identified by the Court. Id.

In his "Amended Complaint," Plaintiff claims a violation of 42 U.S.C. § 1983 by virtue of a violation of "my 8th, 13th, and 14th Amendments." Dkt. No. 10 at 3. The Eighth Amendment guarantees freedom from excessive bail, excessive fines and cruel and unusual punishment. U.S. Const. amend VIII. The Thirteenth Amendment provides that "[n]either slavery nor involuntary servitude shall exist with in the United States." U.S. Const. amend XIII. The Fourteenth Amendment states that "[n]o State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law." U.S. Const. amend XIV.

The sole defendant named by Plaintiff is the Department of Executive Services of the Office of Risk Management Services for King County. Dkt. No. 10 at 2. The only allegation of specifically injurious conduct by Defendant is that "[t]hey refused to compensate the losses taken and injuries sustained during a claim # 63541 date of loss 7/27/2019."[1] Id. at 3.

While Plaintiff provides more detail in his amended complaint and supplemental filings, none of his allegations support a claim that the Defendant wrongfully denied his claim for reimbursement or violated any of his constitutional rights (particularly his right to be free from cruel and unusual punishment and/or involuntary servitude), nor deprived him of anything without due process of law.

As Plaintiff's amended complaint and supplemental documents filed in support of his complaint fail to cure the deficiencies previously identified by the Court, the Court hereby

---

[1] Further review of Plaintiff's amended complaint reveals his allegation that on July 27, 2019 he was the victim of an assault by apparently unknown individuals for which he sought compensation from King County. Dkt. No. at 4-5.

ORDER OF DISMISSAL - 2

1  DISMISSES Plaintiff's complaint and this action without prejudice pursuant to 28 U.S.C. §
2  1915(e)(2)(B). The Clerk is DIRECTED to close this case.
3
4  The clerk is ordered to provide copies of this order to Plaintiff.
5  Dated September 8, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 3